# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM M. FREEMAN,**

    **Plaintiff,**

v.                                                                       Case No: 6:12-cv-1584-Orl-22TBS

**SHARPE RESOURCES CORPORATION, ROLAND M. LARSEN and ZIGGURAT (PANAMA), S.A.,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Final Judgment Against Defendant Ziggurat (Panama), S.A. with Supporting Memorandum of Law (Doc. No. 29) filed on December 21, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED without prejudice**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 7, 2013 (Doc. No. 36), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Plaintiff's Motion for Entry of Default Final Judgment Against Defendant Ziggurat (Panama), S.A. with Supporting Memorandum of Law is hereby **DENIED without prejudice**.

      3.      Plaintiff is **GRANTED** leave to renew this motion, if appropriate, once the merits of the case against Roland M. Larsen and Sharpe Resources Corporation are decided.

      **DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties